UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HAIDER AL-ASHWAN,<br>   A75-027-755<br>     Plaintiff(s),<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary of<br>Department of Homeland Security, et al.,<br>     Defendant(s). | Case No. 4:06CV01303 ERW |

## **ORDER**

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is **REMANDED** to the United States Citizenship and Immigration Service.

Dated this 7th Day of February, 2007.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE